UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY BOOMHOWER, PHYLLIS BORSKI,              :
DEBORAH BRAGA, MARGIE BREIDEL,               :
CAROLYN BROWN, KEVIN BRUBAKER,               :
SANDRA BUCK, ELLA CALHOUN, MARSHA            :
CALLAN, CATHY CARMAN-HASTINGS,               :
REBECCA CARROW, PAMELA CARVER,               :
DIANE CAUSEY, CONNIE CHARTIER,               :
GINGER CHENNAULT, CATHERINE CLARK,           :
ALISA CLIETT, LENA CLOE, KATHERYN,           :
COLEMAN, VALERIE COLLIER,                    :
                                             :
        Plaintiffs.                          :   Civil Action
v.                                           :   No. 04-11269-GAO
                                             :
INDEVUS PHARMACEUTICALS, INC., F/K/A         :
INTERNEURON PHARMACEUTICALS, INC.;           :
WYETH, INC., F/K/A AMERICAN HOME             :
PRODUCTS CORPORATION; WYETH                  :
PHARMACEUTICALS, INC F/K/A WYETH-            :
AYERST PHARMACEUTICALS, INC., A              :
DIVISION OF AMERICAN HOME PRODUCTS           :
CORPORATION; AND BOEHRINGER                  :
INGELHEIM PHARMACEUTICALS, INC.,             :
                                             :
        Defendants.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004                    Respectfully submitted,
    Boston, Massachusetts
                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
Of Counsel:                             One Beacon Street
Barbara Wrubel                          Boston, Massachusetts 02108
Katherine Armstrong                     (617) 573-4800
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                         Boehringer Ingelheim Pharmaceuticals, Inc.