UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY BOOMHOWER, PHYLLIS BORSKI,           :
DEBORAH BRAGA, MARGIE BREIDEL,            :
CAROLYN BROWN, KEVIN BRUBAKER,            :
SANDRA BUCK, ELLA CALHOUN, MARSHA         :
CALLAN, CATHY CARMAN-HASTINGS,            :
REBECCA CARROW, PAMELA CARVER,            :
DIANE CAUSEY, CONNIE CHARTIER,            :
GINGER CHENNAULT, CATHERINE CLARK,        :
ALISA CLIETT, LENA CLOE, KATHERYN,        :
COLEMAN, VALERIE COLLIER,                 :
                                          :
       Plaintiffs.                        :   Civil Action
v.                                        :   No. 04-11269-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH               :
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A           :
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER               :
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
       Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

    Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 29, 2004                          Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Of Counsel:  
Barbara Wrubel                                One Beacon Street  
Katherine Armstrong                 Boston, Massachusetts 02108  
SKADDEN, ARPS, SLATE,         (617) 573-4800  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000                             Counsel for Defendant  
                                            Boehringer Ingelheim Pharmaceuticals, Inc.