UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY BOOMHOWER, PHYLLIS BORSKI, :
DEBORAH BRAGA, MARGIE BREIDEL,
CAROLYN BROWN, KEVIN BRUBAKER, :
SANDRA BUCK, ELLA CALHOUN, MARSHA :
CALLAN, CATHY CARMAN-HASTINGS,
REBECCA CARROW, PAMELA CARVER, :
DIANE CAUSEY, CONNIE CHARTIER,
GINGER CHENNAULT, CATHERINE CLARK, :
ALISA CLIETT, LENA CLOE, KATHERYN,
COLEMAN, VALERIE COLLIER, :
                                                                         :
    Plaintiffs,                                  :    Civil Action
v.                                                                       :    No. 04-11269-GAO
                                                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :
                                                                         :
    Defendants.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

       Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 15, 2004  
       Boston, Massachusetts

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
Indevus Pharmaceuticals, Inc.